**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cr-00570-WLH |
| v.<br>CLAIRE PATRICIA HAVILAND, et al.,<br>ZACHARY S. WINTERS (9)<br>Defendant(s). | **ORDER ON**<br>**APPLICATION FOR WRIT OF HABEAS CORPUS**<br>☑ AD PROSEQUENDUM  ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: 

on  March 13, 2025  at  1:30 p.m.  before Judge/Magistrate Judge  Castillo, Duty Magistrate Judge
    *(Date of Appearance)*        (Time)

Dated: _____

**U.S. District Judge/U.S. Magistrate Judge**